## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| John O'Neil and Jill O'Neil, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Simplicity, Inc. and Graco Children's Products, Inc.,<br><br>Defendants. | Civil No. 07- 4070 (RHK/JJG)<br><br>**ORDER** |

This matter came before the undersigned Judge of the District Court on the Joint Motion of Plaintiffs John and Jill O'Neil and Defendants Simplicity, Inc. and Graco Children's Products, Inc. for leave from the dispositive motion briefing deadlines provided in L.R. 7.1(b) of the Local Rules of the United States District Court for the District of Minnesota for filing briefs relating to Defendants' recently filed Motions to Dismiss Plaintiffs' Second Amended Complaint.

Based upon the parties' Joint Motion for Leave to Amend Briefing Schedule on Defendants' Motion to Dismiss (Doc. No. 62) and Stipulation (Doc. No. 63) and all of the files, records, and proceedings herein, **IT IS ORDERED** that the parties' Joint Motion (Doc. No. 62) is **GRANTED**. The briefing schedule for the Defendants' respective Motions to Dismiss, both of which shall be heard on April 28, 2008, shall be as follows:

2

(a) Each Defendant shall file its memorandum of law and proposed order in support of its Motion to Dismiss on or before **March 10, 2008**;

(b) Plaintiffs shall file their memorandum of law in opposition to Defendants' respective Motions on or before **April 11, 2008**; and

(c) Each Defendant shall file its reply memorandum in support of its Motion to Dismiss on or before **April 18, 2008**.

Dated: February 25, 2008          s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge